## MISSOURI, KANSAS & TEXAS RAILWAY CO. *v.* KENNEDY.

ERROR TO THE COURT OF CIVIL APPEALS FOR THE THIRD SUPREME JUDICIAL DISTRICT OF THE STATE OF TEXAS.

No. 817. Motion to dismiss or affirm.—Submitted April 26, 1909.—Decided May 3, 1909.

Writ of error to review the judgment of the state court in a suit for damages for injuries caused by negligence of plaintiff in error dismissed without opinion for want of jurisdiction, notwithstanding contention

of plaintiff in error that its claim that the act of April 24, 1905, ch. 163, of Texas legislature was unconstitutional as depriving it of the fellow-servant defense had been duly set up at the proper time in the state court.

THE nature of this case appears above.

*Mr. C. A. Culberson* for the defendant in error in support of the motion.

*Mr. James Hagerman, Mr. J. M. Bryson* and *Mr. A. B. Browne,* for the plaintiff in error in opposition thereto.

*Per Curiam:* Writ of error dismissed for want of jurisdiction.